FLORENZ ZIEGFELD, JR., Respondent, *v.* NORA B.
NORWORTH et al., Appellants.

(Submitted October 23, 1911; decided October 31, 1911.)

Motion for re-argument of motion to dismiss appeal
denied, with ten dollars costs. (See 202 N. Y. 580.)

---

ABRAHAM LEAVITT, Appellant, *v.* HENRY DE VRIES,
Respondent.

*Leavitt* v. *De Vries*, 133 App. Div. 893, affirmed.
(Argued October 18, 1911; decided November 3, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 15, 1909, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action on contract.

*I. M. Dittenhoefer* for appellant.

*S. Livingston Samuels* and *Isaac Fromme* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.